

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00661-CR

**EX PARTE** Alfred **WEST,** Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Adrian A. Spears, II, Justice
              H. Todd McCray, Justice

Delivered and Filed: October 22, 2025

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED

Petitioner filed his original petition for writ of habeas corpus in this court on October 15, 2025. Petitioner seeks habeas relief in a criminal law matter.

Intermediate courts of appeal do not have original habeas jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (original habeas jurisdiction of the courts of appeals is limited to cases in which a person's liberty is restrained because they violated an order, judgment, or decree entered in civil case); *see also* TEX. CODE CRIM. PROC. ANN. ART. 11.05 (granting exclusive jurisdiction to consider original petitions for writs of habeas corpus to the court of criminal appeals, the district courts, county courts, and judges sitting on such courts). The

---

[1]This proceeding arises out of Cause No. 24-0857-CR-A, styled *State of Texas v. Alfred West, Jr.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.

Court's jurisdiction to consider habeas petitions in criminal matters is appellate only. TEX. GOV'T CODE ANN. § 22.221(d). As such, we lack jurisdiction in this matter. *Id.*; *In re Neal*, 653 S.W.3d 346, 346 (Tex. App.—Dallas 2022, orig. proceeding); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding).

The Court, having considered the petition, the record, and applicable law, concludes that we lack jurisdiction to issue the requested relief. *See* TEX. GOV'T CODE ANN. § 22.221(d); *In re Neal*, 653 S.W.3d at 346; *In re Spriggs*, 528 S.W.3d at 236. Accordingly, we **DISMISS** this original proceeding for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH